FILED IN OPEN COURT
6/22/2021
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CARLOS ANDRES PEDRAZA-AVALOS

**CRIMINAL COMPLAINT**

Case No. 3:21-mj-1333-JRK

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 21, 2021, in Nassau County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about May 9, 2013, and on or about February 11, 2016,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Border Patrol Agent for the Department of Homeland Security, Customs and Border Protection, United States Border Patrol, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
John R. Blades

Sworn to before me and subscribed in my presence,

on June 22, 2021      at      Jacksonville, Florida

JAMES R. KLINDT
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

CRIMINAL COMPLAINT AFFIDAVIT

I, John R. Blades, being a duly sworn and appointed Border Patrol Agent for the Department of Homeland Security, Customs and Border Protection, United States Border Patrol, hereby make the following statement in support of the attached criminal complaint.

1.  I have been a Border Patrol Agent for over twelve years. I have training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, I have training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2.  On June 21, 2021, I was assigned to conduct highway and traffic check duties along the Interstate 95 ("I-95") corridor in Nassau County, Florida. I wore a full Border Patrol uniform and was assigned to a marked Border Patrol vehicle. From training and experience, I know that the I-95 corridor in this area is traveled by illegal aliens into and out of Florida to and from cities and towns on the east coast of the United States. I and fellow agents have apprehended numerous illegal aliens while conducting similar duties on I-95 in the past. The area I patrolled on June 21, 2021, is well within one hundred miles of an international border.

3.  On June 21, 2021, at approximately 8:30 a.m., I noticed a white Ford F-150 pickup truck bearing a Florida license plate driving north on I-95 in Nassau County. I was parked on the shoulder of I-95 at approximately mile marker 370 and the F-150 was driving in the middle northbound lane of I-95. As the F-150 passed

my position, I noticed a Mexican flag hanging from the rearview mirror of the truck. I caught up to the F-150 and was able to pull alongside the truck as it exited I-95 at State Road 200. While I was traveling alongside the truck, I noticed that the driver appeared rigid and avoided looking in the direction of my marked patrol vehicle. I followed the F-150 into a McDonald's parking lot located just east of I-95 on State Road 200, where it pulled into the drive-through lane. While the F-150 was in the drive-through lane, I was able to see into the passenger side of the vehicle. I noticed that there was a female passenger in the front passenger seat who appeared to be sitting very low in the seat. The passenger also avoided looking in my direction and was focused on looking straight ahead.

4. While I was following the F-150, I contacted the Border Patrol's Miami Sector Dispatch and asked them to run the license plate number of the truck. Miami Sector Dispatch notified me that the registered owner of the F-150 was Eucario Anglels-Gomez, who was possibly from Mexico and unlawfully present in the United States. After receiving this information, I got out of my patrol vehicle and approached the front passenger-side window and directed the driver to pull into a parking space directly in front of the drive-through lane.

5. After the driver parked the truck, I asked him where he was coming from and he said that he was coming from Jacksonville to work. I asked the driver if he spoke English and he stated that he did not speak it very well. I asked the driver if he spoke Spanish and he said that he did, and I then spoke to the driver in Spanish. I

asked the driver if he had any form or identification and he presented a consular identification card issued by the Government of Mexico. The consular identification card identified the driver as CARLOS ANDRES PEDRAZA-AVALOS. I asked PEDRAZA-AVALOS if he was legally present in the United States and he responded that he was not. I then ran immigration database checks using the information provided by PEDRAZA-AVALOS and the records reflected that he had been previously removed from the United States on two occasions. I administratively arrested PEDRAZA-AVALOS and he was transported to the Jacksonville Border Patrol Station for processing.

6. At the Border Patrol Station, a Border Patrol agent entered PEDRAZA-AVALOS's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of persons who have been previously encountered by immigration authorities. The system returned a match and reflected that PEDRAZA-AVALOS is a Mexican citizen and that he had been previously assigned an Alien Registration Number ("A-number"). Additional record checks using the A-number revealed that PEDRAZA-AVALOS had been previously deported or removed from the United States on two occasions: on May 9, 2013, through Nogales, Arizona, and on February 11, 2016, through Brownsville, Texas. There was no record that PEDRAZA-AVALOS had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States.

7. On June 21, 2021, at approximately 1:15 p.m., I advised Assistant United States Attorney Arnold B. Corsmeier of the foregoing facts and he authorized criminal prosecution of PEDRAZA-AVALOS.

Based upon the foregoing facts, I believe there is probable cause to establish that CARLOS ANDRES PEDRAZA-AVALOS is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

John R. Blades
Border Patrol Agent
United States Border Patrol
Jacksonville, Florida