FILED IN OPEN COURT
6/29/2021
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.

**CARLOS ANDRES PEDRAZA-AVALOS**

Case No. 3:21-mj-1333-JRK

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a Criminal Complaint filed in this Court. A Magistrate Judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P.5.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P.5.

Date: 6/29/2021

_____
Defendant's Signature

_____
Signature of Defendant's Attorney

Interpreted by: _____
Andrea Anastasi